UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIE EVANS, as Executor of the Estate of Marie R. Evans,<br><br>   Plaintiff,<br><br>v.<br><br>LORILLARD TOBACCO COMPANY, GARBER BROS., INC., GEORGE MELHADO AND COMPANY, and FRANKLIN WHOLESALERS, INC.,<br><br>   Defendants. | Civil Action No. 04-11840-MLW |

**FRANKLIN WHOLESALERS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and LR, D. Mass. 7.3, Franklin Wholesalers, Inc. ("Franklin"), through its undersigned counsel, states as follows:

Franklin is a wholly owned subsidiary of The Stop & Shop Supermarket Company LLC, the ultimate parent of which his Koninklijke Ahold N.V. Koninklijke Ahold N.V. is a publicly-held corporation that indirectly owns 10% or more of Franklin's stock.

FRANKLIN WHOLESALERS, INC.

By its attorneys,

_____
Frank J. Bailey (BBO# 026485)
James W. Matthews (BBO# 560560)
Katy E. Koski (BBO# 650613)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

**CERTIFICATE OF SERVICE**

...eby certify that on this day a true copy of the ...ve document was served upon the attorney of record for each party by mail/by hand.

8/24/2004  _____

DATED: August 24, 2004

{00018004.DOC / 2}