UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIE EVANS, as Executor of the Estate of Marie R. Evans,<br><br>Plaintiff,<br><br>v.<br><br>LORILLARD TOBACCO COMPANY, GARBER BROS., INC., GEORGE MELHADO AND COMPANY, and FRANKLIN WHOLESALERS, INC.,<br><br>Defendants. | Civil Action No. 04-11840-MLW |

## ASSENTED TO MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), the defendants, with the assent of the plaintiff, move for a three-day extension of time, from Monday, August 30, 2004, to Thursday, September 2, 2004, to serve an answer or otherwise respond to the Complaint filed by the plaintiff in this action.

Assented to by:

WILLIE EVANS, as Executor of the Estate of Marie R. Evans,

By his attorneys,

/s/ Rebecca McIntyre /AE
Michael D. Weisman (BBO# 521000)
Rebecca P. McIntyre (BBO# 547402)
Weisman & McIntyre, P.C.
114 State Street
Boston, MA 02109
(617) 720-2727

FRANKLIN WHOLESALERS, INC.,

By its attorneys,

/s/ James Matthews /AE
Frank J. Bailey (BBO# 026485)
James W. Matthews (BBO# 560560)
Katy Ellen Koski (BBO# 650613)
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110
(617) 646-2000

GEORGE MELHADO AND COMPANY and GARBER BROS. INC.,

By their attorneys,

/s/ Scott Erlich
Andrew J. McElaney, Jr. (BBO# 332260)
Scott E. Erlich (BBO# 637202)
Timothy D. Johnston (BBO# 647894)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

LORILLARD TOBACCO COMPANY,

By its attorneys,

/s/ Scott Erlich
Andrew J. McElaney, Jr. (BBO# 332260)
Scott E. Erlich (BBO# 637202)
Timothy D. Johnston (BBO# 647894)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

Dated: August 27, 2004

1356733.1

-2-

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 8/27/04  /s/ Scott Erlich