UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIE EVANS, as Executor of the Estate of Marie R. Evans,<br><br>Plaintiff,<br><br>v.<br><br>LORILLARD TOBACCO COMPANY, GARBER BROS., INC., GEORGE MELHADO AND COMPANY, and FRANKLIN WHOLESALERS, INC.,<br><br>Defendants. | Civil Action No. 04-11840-MLW |

## ASSENTED TO MOTION TO ENLARGE TIME

The plaintiff has indicated that he intends to file a motion for remand in this action, while the defendants have indicated that they intend to file motions to dismiss. The parties have discussed how to proceed most efficiently and agree that the anticipated motion for remand should be briefed and decided before the Court or the parties address the motions to dismiss. Accordingly, pursuant to Fed. R. Civ. P. 6(b), the defendants, with the assent of the plaintiff, move for an extension of time to serve an answer or otherwise respond to the plaintiff's Complaint until 17 days after the date on which the Court rules on the plaintiff's anticipated motion for remand. The defendants also move, with the plaintiff's assent, that the Court extend the defendants' time to serve an opposition to the plaintiff's anticipated motion for remand to 30 days after service of the motion.

Assented to by:

WILLIE EVANS, as Executor of the
Estate of Marie R. Evans,

By his attorneys,

/s/ Rebecca McIntyre

Michael D. Weisman (BBO# 521000)
Rebecca P. McIntyre (BBO# 547402)
Weisman & McIntyre, P.C.
114 State Street
Boston, MA 02109
(617) 720-2727

FRANKLIN WHOLESALERS, INC.,

By its attorneys,

/s/ Frank J. Bailey

Frank J. Bailey (BBO# 026465)
James W. Matthews (BBO# 560560)
Katy Ellen Koski (BBO# 650613)
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110
(617) 646-2000

GEORGE MELHADO AND COMPANY
and GARBER BROS. INC.,

By their attorneys,

/s/

Andrew J. McElaney, Jr. (BBO# 332260)
Scott E. Erlich (BBO# 637202)
Timothy D. Johnston (BBO# 647894)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

LORILLARD TOBACCO COMPANY,

By its attorneys,

/s/

Andrew J. McElaney, Jr. (BBO# 332260)
Scott E. Erlich (BBO# 637202)
Timothy D. Johnston (BBO# 647894)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand

Date: 9/1/04   /s/

Dated: September 1, 2004

1357919.1

# N Nutter

Scott E. Erlich
Direct Line: 617-439-2965
Fax: 617-310-9965
E-mail: serlich@nutter.com

FILED
CLERK'S OFFICE
2004 SEP -1 P 4:20
U.S. DISTRICT COURT
DISTRICT OF MASS.

September 1, 2004
104933-3

**By Hand**

Civil Clerk's Office
United States District Court for
  the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Evans v. Lorillard Tobacco Company, et al.
      Civil Action No. 04-11840-MLW

Dear Sir/Madam:

Enclosed for filing in the above-referenced matter is an Assented to Motion to Enlarge Time.

Please acknowledge receipt of this document by date-stamping the enclosed copy and returning it to the waiting messenger.

Thank you for your assistance.

Very truly yours,

Scott E. Erlich

SEE/dar
Enclosure

cc:   Rebecca P. McIntyre, Esq. (w/ enc.)
      Frank J. Bailey, Esq. (w/ enc.)

Nutter McClennen & Fish LLP ▪ Attorneys at Law

World Trade Center West ▪ 155 Seaport Boulevard ▪ Boston, MA 02210-2604 ▪ 617-439-2000 ▪ Fax: 617-310-9000 ▪ www.nutter.com