UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIE EVANS, as Executor of the Estate of Marie R. Evans,<br><br>    Plaintiff,<br><br>v.<br><br>LORILLARD TOBACCO COMPANY, GARBER BROS., INC., GEORGE MELHADO AND COMPANY, and FRANKLIN WHOLESALERS, INC.,<br><br>    Defendants. | Civil Action No. 04-11840-MLW |

## NOTICE OF FILING CERTIFIED
## COPIES OF STATE COURT PROCEEDINGS

Pursuant to Local Rule 81.1, defendants hereby file certified copies of all records and proceedings and a certified copy of all docket entries in Suffolk Superior Court Civil Action No. 04-2840-A, which was removed to this Court on August 23, 2004.

LORILLARD TOBACCO COMPANY,

By its attorneys,

_____
Andrew J. McElaney, Jr. (BBO# 332260)
Scott E. Erlich (BBO# 637202)
Timothy D. Johnston (BBO# 647894)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

and

Gay L. Tedder
Bruce R. Tepikian
Suzanne M. Teeven
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550

GEORGE MELHADO AND COMPANY
and GARBER BROS. INC.,

By their attorneys,

/s/ Andrew J. McElaney, Jr.
Andrew J. McElaney, Jr. (BBO# 332260)
Scott E. Erlich (BBO# 637202)
Timothy D. Johnston (BBO# 647894)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

FRANKLIN WHOLESALERS, INC.,

By its attorneys,

/s/ Frank J. Bailey
Frank J. Bailey (BBO# 026485)
James W. Matthews (BBO# 560560)
Katy Ellen Koski (BBO# 650613)
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110
(617) 646-2000

Dated: September 7, 2004

1344073.3

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 9/7/04

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

08/31/2004
02:47 PM

## SUCV2004-02840
### Evans, Executor v Lorillard Tobacco Company et al

| | | | |
|---|---|---|---|
| File Date | 06/28/2004 | Status | Disposed: transferred to other court (dtrans) |
| Status Date | 08/31/2004 | Session | A - Civil A |
| Origin | 1 | Case Type | B08 - Wrongful death (229.002A) |
| Lead Case | | Track | A |

| | | | | | |
|---|---|---|---|---|---|
| Service | 09/26/2004 | Answer | 11/25/2004 | Rule12/19/20 | 11/25/2004 |
| Rule 15 | 09/21/2005 | Discovery | 08/17/2006 | Rule 56 | 10/16/2006 |
| Final PTC | 02/13/2007 | Disposition | 06/28/2007 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
Willie Evans, Executor
Active 06/28/2004

**Private Counsel 521000**
Michael D Weisman
Weisman & Associates
114 State Street
5th floor
Boston, MA 02109
Phone: 617-720-2727
Fax: 617-720-0330
Active 06/28/2004 Notify

**Private Counsel 547402**
Rebecca McIntyre
Weisman & Associates
114 State Street
5th floor
Boston, MA 02109
Phone: 617-720-2727
Fax: 617-720-0330
Active 06/28/2004 Notify

**Private Counsel 600912**
Emiliano Mazlen
Weisman & McIntyre
114 State St
Boston, MA 02109
Phone: 617-720-2727
Active 06/28/2004 Notify

**Alias plaintiff name**
Marie R Evans, estate of
Active 06/28/2004

**Private Counsel 521000**
Michael D Weisman
Weisman & Associates
114 State Street
5th floor
Boston, MA 02109
Phone: 617-720-2727
Fax: 617-720-0330
Active 06/28/2004 Notify

case01 239545 y y y y y y

Case 1:04-cv-11840-MLW    Document 6    Filed 09/07/2004    Page 4 of 6

MAS-20030912
leakes

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

08/31/2004
02:47 PM

## SUCV2004-02840
### Evans, Executor v Lorillard Tobacco Company et al

|  |  |
|---|---|
|  | **Private Counsel 547402**<br>Rebecca McIntyre<br>Weisman & Associates<br>114 State Street<br>5th floor<br>Boston, MA 02109<br>Phone: 617-720-2727<br>Fax: 617-720-0330<br>Active 06/28/2004 Notify<br><br>**Private Counsel 600912**<br>Emiliano Mazlen<br>Weisman & McIntyre<br>114 State St<br>Boston, MA 02109<br>Phone: 617-720-2727<br>Active 06/28/2004 Notify |
| **Defendant**<br>Lorillard Tobacco Company<br>Service pending 06/28/2004 | **Private Counsel 332260**<br>Andrew J McElaney Jr<br>Nutter McClennen & Fish<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02110-2604<br>Phone: 617-439-2000<br>Fax: 617-310-9251<br>Active 08/31/2004 Notify<br><br>**Private Counsel 637202**<br>Scott E Erlich<br>Nutter McClennen & Fish<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02110-2604<br>Phone: 617-439-2000<br>Fax: 617-310-9000<br>Active 08/31/2004 Notify<br><br>**Private Counsel 647894**<br>Timothy D Johnston<br>Nutter McClennen & Fish<br>World Trade Center<br>155 Seaport Boulevard<br>Boston, MA 02110-2604<br>Phone: 617-439-2000<br>Fax: 617-310-9000<br>Active 08/31/2004 Notify |

MAS-20030912  Case 1:04-cv-11840-MLW   Document 6   Filed 09/07/2004   Page 5 of 6   08/31/2004
leakes                    Commonwealth of Massachusetts                02:47 PM
                              SUFFOLK SUPERIOR COURT
                                   Case Summary
                                   Civil Docket

### SUCV2004-02840
### Evans, Executor v Lorillard Tobacco Company et al

| Defendant | |
|---|---|
| **Defendant**<br>Garber Bros Inc<br>Service pending 06/28/2004 | **Private Counsel 332260**<br>Andrew J McElaney Jr<br>Nutter McClennen & Fish<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02110-2604<br>Phone: 617-439-2000<br>Fax: 617-310-9251<br>Active 08/31/2004 Notify<br><br>**Private Counsel 637202**<br>Scott E Erlich<br>Nutter McClennen & Fish<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02110-2604<br>Phone: 617-439-2000<br>Fax: 617-310-9000<br>Active 08/31/2004 Notify<br><br>**Private Counsel 647894**<br>Timothy D Johnston<br>Nutter McClennen & Fish<br>World Trade Center<br>155 Seaport Boulevard<br>Boston, MA 02110-2604<br>Phone: 617-439-2000<br>Fax: 617-310-9000<br>Active 08/31/2004 Notify |
| **Defendant**<br>George Melhado & Company<br>Service pending 06/28/2004 | **Private Counsel 332260**<br>Andrew J McElaney Jr<br>Nutter McClennen & Fish<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02110-2604<br>Phone: 617-439-2000<br>Fax: 617-310-9251<br>Active 08/31/2004 Notify<br><br>**Private Counsel 637202**<br>Scott E Erlich<br>Nutter McClennen & Fish<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02110-2604<br>Phone: 617-439-2000<br>Fax: 617-310-9000<br>Active 08/31/2004 Notify |

MAS-20030912
leakes

Case 1:04-cv-11840-MLW   Document 6   Filed 09/07/2004   Page 6 of 6

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

08/31/2004
02:47 PM

### SUCV2004-02840
### Evans, Executor v Lorillard Tobacco Company et al

| | |
|---|---|
| | **Private Counsel 647894**<br>Timothy D Johnston<br>Nutter McClennen & Fish<br>World Trade Center<br>155 Seaport Boulevard<br>Boston, MA 02110-2604<br>Phone: 617-439-2000<br>Fax: 617-310-9000<br>Active 08/31/2004 Notify |
| **Defendant**<br>Franklin Wholesalers Inc<br>Service pending 06/28/2004 | **Private Counsel 026485**<br>Frank J Bailey<br>Sherin and Lodgen LLP<br>101 Federal Street<br>Boston, MA 02110<br>Phone: 617-646-2000<br>Fax: 617-646-2222<br>Active 08/31/2004 Notify |
| | **Private Counsel 650613**<br>Katy E Koski<br>Sherin and Lodgen LLP<br>101 Federal Street<br>Boston, MA 02110<br>Phone: 617-646-2000<br>Fax: 617-646-2222<br>Active 08/31/2004 Notify |

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 06/28/2004 | 1.0 | Complaint & jury demand on complaint (all issues) |
| 06/28/2004 | | Origin 1, Type B08, Track A. |
| 06/28/2004 | 2.0 | Civil action cover sheet filed |
| 06/28/2004 | 3.0 | Motion of plff for the appointment of Suvalle Jodrey & Associates as special process server and allowed (Troy J) |
| 08/24/2004 | | Copy of Petition for removal to US Dist court of defts (US Dist#04-11840MLW) |
| 08/31/2004 | | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

I HEREBY ATTEST AND CERTIFY ON
Sept. 1, 2004 THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
Asst. Clerk