UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIE EVANS, as Executor of the Estate of Marie R. Evans,<br><br>    Plaintiff,<br><br>v.<br><br>LORILLARD TOBACCO COMPANY, GARBER BROS., INC., GEORGE MELHADO AND COMPANY, and FRANKLIN WHOLESALERS, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. NO. 04-11840 (MLW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION TO REMAND AND FOR AWARD OF ATTORNEYS' FEES AND COSTS

Plaintiff Willie Evans, as Executor of the Estate of Marie R. Evans, hereby moves for an order remanding this action to the Massachusetts Superior Court and requiring defendants to pay all cost and expenses, including attorneys' fees, incurred as a result of the removal of this action. This motion is supported by an accompanying Memorandum Of Law In Support Of Plaintiff's Motion To Remand And For Award Of Attorneys' Fees And Costs.

        Plaintiff WILLIE EVANS, as Executor
        of the Estate of Marie R. Evans,

        By his Attorneys,

        _____
        Michael D. Weisman, BBO# 521000
        Rebecca P. McIntyre, BBO# 547402
        WEISMAN & McINTYRE,
         *a Professional Corporation*
        114 State Street
        Boston, MA 02109
        (617) 720-2727

DATED: September 3, 2004

## CERTIFICATE OF SERVICE

I, Rebecca P. McIntyre, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail on September 3, 2004.

_____
Rebecca P. McIntyre