UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIE EVANS, as Executor of the Estate of Marie R. Evans,<br><br>Plaintiff,<br><br>v.<br><br>LORILLARD TOBACCO COMPANY, GARBER BROS., INC., GEORGE MELHADO AND COMPANY, and FRANKLIN WHOLESALERS INC.,<br><br>Defendants. | CASE NO. 04-11840 (MLW) |

## ASSENTED TO MOTION TO SUBMIT
## OPPOSITION IN EXCESS OF TWENTY PAGES

Pursuant to Local Rule 7.1(b)(4), Franklin Wholesalers, Inc. ("Franklin") respectfully moves for leave to file a Memorandum in excess of twenty pages in Support of their Opposition to Plaintiff's Motion to Remand and for Award of Attorneys' Fees and Costs. In support of this motion, Franklin states as follows:

1.  In his brief, Plaintiff includes two separate motions. The first motion is to remand the matter to the State Court and the second is a request for attorneys' fees and costs pursuant to 28 U.S.C. 1447(c).

2.  The length of the memorandum is necessary in order to fully address both motions in one document.

3.  Plaintiff has assented to this motion.

**WHEREFORE**, Franklin respectfully requests that the Court allow this Motion to submit its memorandum in excess of twenty pages.

FRANKLIN WHOLESALERS, INC.

By its attorneys,

*Katy E. Koski*
Frank J. Bailey (BBO# 026485)
James W. Matthews (BBO# 560560)
Katy E. Koski (BBO# 650613)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Dated: October 4, 2004

## CERTIFICATE OF SERVICE

I, Katy E. Koski, Esq., certify that I served a copy of the within document by first class mail to all counsel of record.

Dated: October 4, 2004                             *Katy E. Koski*