UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIE EVANS, as Executor of the Estate of Marie R. Evans,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LORILLARD TOBACCO COMPANY, GARBER BROS., INC., GEORGE MELHADO AND COMPANY, and FRANKLIN WHOLESALERS, INC.,<br><br>　　　　Defendants. | Civil Action No. 04-11840-MLW |

## ASSENTED TO MOTION FOR LEAVE TO FILE
## JOINT MEMORANDUM IN EXCESS OF TWENTY PAGES

Three defendants—Lorillard Tobacco Company ("Lorillard"), Garber Bros., Inc. ("Garber") and George Melhado and Company ("Melhado")—are filing a joint memorandum of law in opposition to Plaintiff's Motion to Remand instead of three separate memoranda in opposition. In accordance with Local Rule 7.1(B)(4), defendants move for leave to file a joint memorandum exceeding twenty pages. The proposed joint memorandum of law is filed herewith. Plaintiff has assented to this motion.

In support of this motion, defendants submit that, given the complex nature of Plaintiff's suit and the fact that multiple defendants are joining this motion, it is necessary that defendants' opposition brief exceed twenty pages. This will prove far less burdensome to the Court than would separate opposition memoranda from each of the defendants.

LORILLARD TOBACCO COMPANY,

By its attorneys,

_____
Andrew J. McElaney, Jr. (BBO# 332260)
Scott E. Erlich (BBO# 637202)
Timothy D. Johnston (BBO# 647894)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210
(617) 439-2000

and

Gay L. Tedder
Bruce R. Tepikian
Suzanne M. Teeven
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550

GEORGE MELHADO AND COMPANY
and GARBER BROS. INC.,

By their attorneys,

_____
Andrew J. McElaney, Jr. (BBO# 332260)
Scott E. Erlich (BBO# 637202)
Timothy D. Johnston (BBO# 647894)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210
(617) 439-2000

Dated: October 4, 2004

1367148.1

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand

Date: 6/4/04

-2-