UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIE EVANS, as Executor of the Estate of Marie R. Evans,<br><br>Plaintiff,<br><br>v.<br><br>LORILLARD TOBACCO COMPANY, GARBER BROS., INC., GEORGE MELHADO AND COMPANY, and FRANKLIN WHOLESALERS INC.,<br><br>Defendants. | CASE NO. 04-11840 (MLW) |

## AFFIDAVIT OF PETER HETTINGER

I, Peter Hettinger, under oath, hereby depose and state as follows:

1. I am the Vice President of Non-Foods for The Stop & Shop Supermarket Company LLC ("Stop & Shop"). I have held that position for three years. I have been employed by Stop & Shop for twelve years. Stop & Shop is the parent corporation of Franklin Wholesalers, Inc. ("Franklin"). I make this Affidavit in support of Defendant Franklin Wholesalers, Inc.'s Opposition to Plaintiff's Motion to Remand and for Award of Attorneys' Fees and Costs. The statements set forth herein are made on personal knowledge or are based either upon a review of the records maintained by Franklin or upon an inquiry of corporate officers or other employees made by me or at my direction.

2. Franklin is a Massachusetts corporation with its principal place of business in Quincy, Massachusetts. From time to time Franklin has distributed tobacco products to certain retail stores owned by Stop & Shop. At no time has Franklin ever distributed tobacco products to any

retail store not owned by Stop & Shop. With the exception of affixing tax stamps to the products it distributes, Franklin's sole conduct with respect to these tobacco products has consisted of distributing the product to certain retail stores owned by Stop & Shop.

3. Franklin does not and has never distributed cigarettes or any other tobacco product to either of two local corner stores named "Johnny's" or "Moe's," both located on Albany Street in Roxbury. Neither location is owned by Stop & Shop.

4. Franklin does not manufacture cigarettes or any other tobacco product; nor has it ever done so. In addition, Franklin does not package cigarettes or any other tobacco product for sale to consumers; nor has it ever done so.

5. The tobacco products Franklin distributes are obtained in sealed packages from various manufacturers, including Lorillard. Franklin does not alter in any way the packaged cigarette products delivered to it by the manufacturer.

6. Franklin does not direct, finance, or otherwise participate in any advertising campaign related to any tobacco product, including cigarettes. Neither Franklin nor any of its parents or predecessors has ever done so.

7. Franklin has never participated in any tobacco giveaway promotions or other marketing campaigns the focus of which is to give free cigarettes to consumers. Neither Franklin nor any of its parents or predecessors has ever done so.

8. Franklin has never obtained information from any cigarette manufacturer or distributor that is not otherwise publicly available about any of the following: (i) the composition of the cigarettes manufactured and distributed by such manufacturer; (ii) the results of any research or studies concerning or relating to the health effects of smoking cigarettes or any other tobacco

2

product; or (iii) the results of any research or studies concerning or relating to the addictive qualities, if any, of the tobacco used in cigarettes.

9. Franklin has never participated in the development by any cigarette manufacturer or any of the trade groups of any marketing strategy or campaign or advertising strategy or campaign. Nor has Franklin ever received any access to the internal research reports, marketing strategies and/or manufacturing strategies of any cigarette manufacturer or any of the trade organizations.

10. Franklin has never participated in or received access to any information regarding the marketing of cigarettes, including Newport cigarettes, to the African American community, or any other ethnic, racial or religious group.

11. Franklin has not made any representations concerning the health effects of cigarette smoking, other than distributing cigarette packages with the pre-printed health warnings required by federal law. Franklin has never authorized any of its employees, agents or representatives to make any such representations and does not have any information that any such representations were made.

Signed under the pains and penalties of perjury this 4th day of October, 2004.

_____
Peter Hettinger

Then appeared Peter Hettinger, before and personally known to me, who, being first duly sworn, deposed that the foregoing statements are true, this 4th day of October, 2004.

_____
Notary Public
My Commission Expires:

DANIELLE P. DeLUCCA
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 25, 2009

3