UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIE EVANS, as Executor of the Estate of Marie R. Evans,<br><br>Plaintiff,<br><br>v.<br><br>LORILLARD TOBACCO COMPANY, GARBER BROS., INC., GEORGE MELHADO AND COMPANY, and FRANKLIN WHOLESALERS INC.,<br><br>Defendants. | CASE NO. 04-11840 (MLW) |

## AFFIDAVIT OF COUNSEL

I, Katy E. Koski, on my oath swear and depose:

1. I am duly admitted to practice in the Commonwealth of Massachusetts and am an attorney with the firm Sherin and Lodgen LLP. Sherin and Lodgen LLP represents defendant Franklin Wholesalers, Inc. I make this affidavit in support of Defendant Franklin Wholesalers, Inc.'s Opposition to Plaintiff's Motion to Remand and for Award of Attorneys' Fees and Costs.

2. Attached hereto at <u>Tab A</u> is a true and accurate copy of excerpts from the Deposition of Marie Evans, dated May 28, 2002.

Signed under pains and penalties of perjury this 4th day of October 2004.

_____
Katy E. Koski