UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIE EVANS, as Executor of the Estate of )
Marie R. Evans, )
)
Plaintiff, )
)
v. )
) Civil Action No.: 04-11804-MLW
LORILLARD TOBACCO COMPANY, GARBER )
BROS., INC., GEORGE MELHADO AND )
COMPANY, and FRANKLIN WHOLESALERS, )
INC., )
)
Defendants. )

## AFFIDAVIT OF WARREN J. ALBERTS

I, Warren J. Alberts, state as follows:

1. I am the President and Treasurer of George Melhado and Company ("Melhado") and have worked at Melhado continuously since 1951. My grandfather, George Melhado, founded the company in 1906.

2. Melhado is organized under the laws of the Commonwealth of Massachusetts with a principal place of business at 10 Merchant Street, Route 1, Sharon, Massachusetts.

3. Melhado is in the business of distributing candy, snacks, beverages, grocery products, health and beauty items, and cigarettes to retail entities (e.g., convenience stores, drug stores, and hotels) on a wholesale basis.

4. Melhado has never made direct retail sales of tobacco products to individual consumers.

5. The tobacco products that Melhado distributes are obtained in sealed packages from various manufacturers, including Lorillard.

6. Melhado has never manufactured cigarettes or any other tobacco product, packaged cigarettes or any other tobacco product for sale to consumers, or altered in any way the packaged cigarettes delivered to it (other than affixing tax stamps to closed cigarette packages).

7. Melhado has never directed, financed, or engaged in any advertising or marketing activities directed at consumers of tobacco products. Nor has Melhado ever participated in any tobacco giveaway promotions or other marketing campaigns the focus of which is to give free cigarettes to consumers.

8. Melhado has never obtained information from any cigarette manufacturer or distributor that is not otherwise publicly available about, among other things: the composition of the cigarettes manufactured and distributed by the manufacturers; the results of any research or studies concerning or the health effects of smoking cigarettes or any other tobacco product; or the results of any research or studies concerning the addictive qualities, if any, of the tobacco used in cigarettes.

9. Melhado has not participated in the development by any cigarette manufacturer or any of their trade groups of any marketing strategy or campaign or advertising strategy or campaign. Nor has Melhado received any access to the internal research reports, advertising or marketing strategies or manufacturing strategies of any cigarette manufacturer or any of their trade groups.

10. Melhado has never participated in or received access to any information regarding the advertising or marketing of cigarettes, including Newports, to any ethnic, racial

2

or religious group, including African-Americans. Nor has Melhado made any representations concerning the health effects of cigarette smoking, other than distributing cigarette packages containing the pre-printed health warnings required by federal law.

11. Melhado's sole conduct with regard to cigarettes (with the exception of affixing tax stamps to closed packages of cigarettes) has consisted of purchasing cigarettes in sealed packages on a wholesale basis from manufacturers and selling those cigarettes on a wholesale basis to retail entities.

12. Melhado has never sold or otherwise supplied cigarettes to any entities named "Johnny's" or "Moe's" in Roxbury, Massachusetts.

13. I understand that, during her lifetime, Marie Evans lived in Roxbury, Hyde Park, Randolph and Dorchester and worked in Boston and Roxbury. Melhado was never the exclusive distributor of Newport cigarettes in any of these areas.

I state under the penalty of perjury that the foregoing is true and correct. Executed on this ___ day of September, 2004.

_____
Warren J. Alberts

1356345.2

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand

Date: 10/4/04