UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 NOV 18 P 3: 48

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| WILLIE EVANS, as Executor of the Estate of Marie R. Evans, ) ) ) ) | |
| Plaintiff, ) ) | CASE NO. 04-11840 (MLW) |
| v. ) ) | |
| LORILLARD TOBACCO COMPANY, GARBER BROS., INC., GEORGE MELHADO AND COMPANY, and FRANKLIN WHOLESALERS INC., ) ) ) ) ) | |
| Defendants. ) ) | |

## MOTION FOR LEAVE TO SUBMIT REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND AND FOR AWARD OF ATTORNEYS' FEES AND COSTS

Pursuant to Local Rule 7.1(b)(4), plaintiff respectfully moves for leave to file a Reply Memorandum In Support Of Plaintiff's Motion To Remand And For Award Of Attorneys' Fees And Costs ("Reply Memorandum"). Defendants do not oppose this Motion. In support of this motion, plaintiff states as follows:

Defendants' Oppositions to Plaintiff's Motion To Remand And For Award Of Attorneys' Fees And Costs (the "Motion") make a number of arguments that are not responsive to the Motion or to Plaintiff's Memorandum In Support Of Motion To Remand And For Award Of Attorneys' Fees. Although plaintiff submits that many of these arguments are both irrelevant and improper in the context of a motion to remand, to the extent that the Court considers these arguments, plaintiff is entitled to an opportunity to respond to them.

Defendants also submit with their Oppositions the Affidavit of Harold Garber, the Affidavit of Warren J. Alberts, the Affidavit of Peter Hettinger and the Affidavit of Counsel for Franklin Wholesalers, Inc. These affidavits introduce matters extraneous to the pleadings and within defendants' exclusive control, and make assertions that plaintiff has not had an opportunity to test or explore in discovery. Plaintiff submits that these affidavits are both irrelevant and improper in the context of resolving a motion to remand. However, to the extent that the Court considers these affidavits, plaintiff should be given an opportunity to respond to these affidavits and to submit his own counter-affidavits.

Plaintiff therefore respectfully requests that the Court grant plaintiff leave to file the Reply Memorandum with attached affidavits accompanying this motion.

Plaintiff WILLIE EVANS, as Executor
of the Estate of Marie R. Evans,

By his Attorneys,

_____
Michael D. Weisman, BBO# 521000
Rebecca P. McIntyre, BBO# 547402
WEISMAN & McINTYRE,
  *a Professional Corporation*
114 State Street
Boston, MA 02109
(617) 720-2727

DATED: November 18, 2004

### CERTIFICATE OF SERVICE

I, Rebecca P. McIntyre, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail on November 18, 2004.

_____
Rebecca P. McIntyre