UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIE EVANS, as Executor of the Estate of Marie R. Evans, <br><br> Plaintiff, <br><br> v. <br><br> LORILLARD TOBACCO COMPANY, GARBER BROS., INC., GEORGE MELHADO AND COMPANY, and FRANKLIN WHOLESALERS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 04-11840-MLW |

## LORILLARD TOBACCO COMPANY, GARBER BROS., INC., AND GEORGE MELHADO AND COMPANY'S JOINT MOTION FOR LEAVE TO FILE JOINT SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

In accordance with Local Rule 7.1(B)(3), defendants Lorillard Tobacco Company, Garber Bros., Inc. and George Melhado and Company, move for leave to file a joint sur-reply in opposition to plaintiff's Motion to Remand. The proposed joint sur-reply is filed herewith.

In support of this motion, defendants state that plaintiff's Reply Memorandum of Law in Support of Plaintiff's Motion to Remand and for Award of Attorneys' Fees and Costs ("Reply Memorandum") mischaracterizes several arguments in defendants' Joint Opposition to Plaintiff's Motion to Remand and misstates the fraudulent joinder standard set forth by this District Court. Defendants submit that the proposed sur-reply will assist the Court in clarifying these issues. Moreover, the Reply Memorandum attempts to introduce new evidence at the last minute by way of three affidavits from the decedent's relatives regarding her

smoking history. The substance of these belated affidavits was not addressed in plaintiff's Motion to Remand and defendants therefore request an opportunity to respond to the affidavits.

The attached proposed sur-reply is less than 20 pages long and furthers the interests of judicial economy because it is submitted on behalf of three defendants.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)

I, Andrew J. McElaney, Jr., counsel for Lorillard, Garber, and Melhado, certify that I conferred on December 23, 2004, with Michael Weisman, counsel for plaintiff, in a good-faith attempt to obtain plaintiff's assent to this motion. Counsel for plaintiff would not assent and stated that plaintiff intends to oppose this motion.

Andrew J. McElaney, Jr.

LORILLARD TOBACCO COMPANY,

By its attorneys,

Andrew J. McElaney, Jr. (BBO# 332260)
Scott E. Erlich (BBO# 637202)
Timothy D. Johnston (BBO# 647894)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210
(617) 439-2000

and

Gay L. Tedder
Bruce R. Tepikian
Suzanne M. Teeven
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6550

GEORGE MELHADO AND COMPANY,

By its attorneys,

/s/ Scott Erlich
Andrew J. McElaney, Jr. (BBO# 332260)
Scott E. Erlich (BBO# 637202)
Timothy D. Johnston (BBO# 647894)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

GARBER BROS., INC.,

By its attorneys,

/s/ Scott Erlich
Andrew J. McElaney, Jr. (BBO# 332260)
Scott E. Erlich (BBO# 637202)
Timothy D. Johnston (BBO# 647894)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

Dated: December 23, 2004

1388690.1

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand

Date: 12/23/04   /s/ S. Erlich