COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss

SUPERIOR COURT
TRIAL DEPARTMENT
Civil Action No.

02-2191

IN RE MARIE R. EVANS,

## EMERGENCY PETITION TO PERPETUATE TESTIMONY PURSUANT TO MASS.R.CIV.P. 27

Pursuant to Rule 27 of the Massachusetts Rules of Civil Procedure, Marie Evans respectfully requests that this Court grant her permission to perpetuate her own testimony, by audio-visual and stenographic means, and allow her to do so on an expedited basis. In further support of this Petition, Ms. Evans states the following:

1. Petitioner Marie Evans is a Massachusetts resident. She lives at 4 Akron Place in Roxbury, Massachusetts.

2. Ms. Evans has extensive-stage small-cell lung cancer and her prognosis is very poor; she is not expected to live much longer than a couple of weeks, if that.

3. For more than 40 years, Ms. Evans smoked Newport cigarettes, a brand of cigarettes manufactured by Lorillard Tobacco Company ("Lorillard"). Ms. Evans, or more likely her Estate, may bring an action in Massachusetts against Lorillard and may join in that action one or more distributors of Newport cigarettes.

4. Lorillard has a mailing address (according to its web site) of P.O. Box 21688, Greensboro, North Carolina and, on information and belief, is represented in

1

Massachusetts by the firm of Hill & Barlow, a Professional Corporation, One International Place, Boston, Massachusetts. Petitioner does not know the identity of the distributor or distributors of Newport cigarettes.

5. The testimony that Ms. Evans seeks to perpetuate is the following: the brand of cigarettes she smoked, when she began smoking, why she began smoking, why she began smoking Newport cigarettes, how much she smoked, the ways in which she tried to quit smoking, the nature and extent of advertisements and promotions of cigarettes that she was exposed to and which influenced her decision to smoke, the nature and extent of warnings which were and were not provided about the health hazards of smoking and additional information about the safety or dangers of smoking about which she became aware at various times. In addition, she seeks to perpetuate her testimony regarding additional facts regarding her personal background including facts about her family, residences, education, employment and activities. These facts are desired for the purpose of establishing her background and as an aid to establishing the liability of Lorillard and/or its distributors for causing her cancer and her resulting injuries.

6. Ms. Evans, through her counsel, has notified Lorillard, through its counsel, of her desire and intent to preserve her testimony. She has invited Lorillard to conduct an examination of her and has offered to provide copies of her medical records, along with a video and/or transcript of sworn testimony she has given and is in the process of giving in another action. Lorillard has declined to participate, hence this Petition.

WHEREFORE, the petitioner Marie Evans, respectfully requests that this Court allow this Petition and permit Marie Evans to perpetuate her testimony, by audio-visual and stenographic means, and that this allow her to do so on an expedited basis.

SWORN AND SUBSCRIBED TO UNDER THE PENALTIES OF PERJURY THIS 17TH DAY OF MAY, 2002.

_____
MARIE R. EVANS

PLAINTIFF MARIE R. EVANS,

By her attorneys,

_____
Michael D. Weisman, BBO #521000
Peter E. Montgomery, BBO #632698
WEISMAN & ASSOCIATES,
  a Professional Corporation
114 State Street
Boston, MA 02109
(617) 720-2727

DATED: May 17, 2002