UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIE EVANS, as Executor of the Estate of Marie R. Evans,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LORILLARD TOBACCO COMPANY, GARBER BROS., INC., GEORGE MELHADO AND COMPANY, and FRANKLIN WHOLESALERS INC.,<br><br>　　　　　Defendants. | CASE NO. 04-11840 (MLW) |

### DEFENDANT FRANKLIN WHOLESALERS, INC.'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

Pursuant to Local Rule 7.1.(B)(3), defendant Franklin Wholesalers, Inc. ("Franklin") moves for leave to file a sur-reply in opposition to Plaintiff's Motion to Remand. The proposed sur-reply is filed herewith.

In support of this Motion, Franklin states that this sur-reply is necessary in order to correct certain misstatements of law and fact contained in Plaintiff's Reply. In particular, Plaintiff misstates the standard for fraudulent joinder as stated by several courts in this Circuit. The standard for determining whether a party has been fraudulently joinder is crucial to this Court's determination of Plaintiff's Motion to Remand. Franklin's brief sur-reply addresses that limited issue only, and Franklin otherwise joins in the points and authorities cited by the co-defendants in their joint sur-reply.

**WHEREFORE,** Franklin respectfully requests that the Court enter an order allowing Franklin to submit its Sur-reply Memorandum.

FRANKLIN WHOLESALERS, INC.

By its attorneys,

_/s/ Katy E. Koski_
Frank J. Bailey (BBO# 026485)
James W. Matthews (BBO# 560560)
Katy E. Koski (BBO# 650613)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

### Certification Pursuant to Local Rule 7.1(A)

I, Katy E. Koski, counsel for Franklin Wholesalers, Inc. certify that I conferred on December 29, 2004, with Michael Weisman, counsel for plaintiff, in a good-faith attempt to obtain plaintiff's assent to this motion. Counsel for plaintiff would not assent and indicated that plaintiff intends to oppose this motion.

_/s/ Katy E. Koski_
Katy E. Koski

Dated: December 30, 2004

### CERTIFICATE OF SERVICE

I, Katy E. Koski, Esq., certify that I served a copy of the within document by hand to all counsel of record.

Dated: December 30, 2004                                   _/s/ Katy E. Koski_