UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WILLIE EVANS**                                                          **CIVIL  CASE**
                                                                          **NO. 04-11840-MLW**

         **V.**

**LORILLARD TOBACCO CO., et al**
         **Defendant(s)**

                    **NOTICE OF RESCHEDULING/CANCELLATION**
**WOLF, D.J.**

   The **MOTION HEARING/SCHEDULING CONFERENCE** previously scheduled for

**MARCH 9, 2005** at **3:00 P.M.** before Judge **Wolf**, has been CANCELLED.  It has been

RESCHEDULED for **APRIL 20, 2005** at **3:00 PM** in courtroom 10 on the 5th floor.


                                                  **TONY ANASTAS**
                                                  **CLERK OF COURT**


**March 2, 2005**                          **By:**   **/s/ Dennis O'Leary**
**Date**                                            **Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)                                                      [ntchrgcnf.]