UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 29  P 1: 51

U.S. DISTRICT COURT
DISTRICT OF MASS

WILLIE EVANS, as Executor of the Estate of )
Marie R. Evans, )
)
    Plaintiff, )
)
v. )
) Civil Action No. 04-11840-MLW
LORILLARD TOBACCO COMPANY, GARBER )
BROS., INC., GEORGE MELHADO AND )
COMPANY, and FRANKLIN WHOLESALERS, )
INC., )
)
    Defendants. )

## LORILLARD TOBACCO COMPANY'S ASSENTED-TO MOTION
## FOR ADMISSION PRO HAC VICE OF GAY L. TEDDER

Pursuant to Local Rule 83.5.3(b), the undersigned member of the Bar of this Court moves for an order allowing Gay L. Tedder, of Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO 64108, to appear and practice in this Court in the above-entitled case on behalf of defendant Lorillard Tobacco Company. In support of this motion, the undersigned states:

1.  As set forth in the Certificate attached hereto as <u>Exhibit A</u>, Ms. Tedder is a member in good standing of the Bar of the State of Missouri and every other bar where she has been admitted to practice, she is not subject to disciplinary proceedings in any jurisdiction, and she is familiar with the Local Rules of this Court.

2.  Plaintiff's counsel has assented to this motion.

-2-

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Lorillard Tobacco Company hereby certifies that it conferred with counsel for plaintiff, and plaintiff assented to this motion.

LORILLARD TOBACCO COMPANY,

By its attorneys,

/s/ Timothy D. Johnston

Andrew J. McElaney, Jr. (BBO# 332260)
Scott E. Erlich (BBO# 637202)
Timothy D. Johnston (BBO# 647894)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210
(617) 439-2000

Dated: February 28, 2005

1361081.1

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/[illegible]

Date: 2/28/05   /s/ Timothy D. Johnston