UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIE EVANS, as Executor of the Estate of Marie R. Evans,<br><br>    Plaintiff,<br><br>v.<br><br>LORILLARD TOBACCO COMPANY, GARBER BROS., INC., GEORGE MELHADO AND COMPANY, and FRANKLIN WHOLESALERS, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-11840-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF GAY L. TEDDER IN SUPPORT
OF MOTION FOR ADMISSION PRO HAC VICE**

I, Gay L. Tedder, hereby state under oath the following:

1.    I am a member of the Bar of the State of Missouri, having been admitted to practice before the Missouri Supreme Court, the highest court of that state, in 1987. I am also admitted to practice before the United States District Court for the Western District of Missouri and the United States Court of Appeals for the Eighth Circuit.

2.    I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

3.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.    I am a partner in the law firm of Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO 64108, which serves as national counsel for defendant Lorillard Tobacco

-2-

Company in this action and which has represented Lorillard Tobacco Company in cigarette-related personal injury actions for more than forty years.

5. I am familiar with the Local Rules of this Court.

Signed under the penalties of perjury, this __16th__ day of February, 2005.

_____
Gay L. Tedder

1361085.1