UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIE EVANS, as Executor of the Estate of Marie R. Evans, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 04-11840-MLW |
| LORILLARD TOBACCO COMPANY, GARBER BROS., INC., GEORGE MELHADO AND COMPANY, and FRANKLIN WHOLESALERS, INC., ) ) ) ) ) | |
| Defendants. ) ) | |

## LORILLARD TOBACCO COMPANY'S ASSENTED-TO MOTION
## FOR ADMISSION PRO HAC VICE OF BRUCE R. TEPIKIAN

Pursuant to Local Rule 83.5.3(b), the undersigned member of the Bar of this Court moves for an order allowing Bruce R. Tepikian of Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO 64108, to appear and practice in this Court in the above-entitled case on behalf of defendant Lorillard Tobacco Company. In support of this motion, the undersigned states:

1. As set forth in the Certificate attached hereto as Exhibit A, Mr. Tepikian is a member in good standing of the Bar of the State of Missouri and every other bar where he has been admitted to practice, he is not subject to disciplinary proceedings in any jurisdiction, and he is familiar with the Local Rules of this Court.

2. Plaintiff's counsel has assented to this motion.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Lorillard Tobacco Company hereby certifies that it conferred with counsel for plaintiff, and plaintiff assented to this motion.

                LORILLARD TOBACCO COMPANY,

                By its attorneys,

                /s/ Timothy D. Johnston
                Andrew J. McElaney, Jr. (BBO# 332260)
                Scott E. Erlich (BBO# 637202)
                Timothy D. Johnston (BBO# 647894)
                Nutter, McClennen & Fish, LLP
                World Trade Center West
                155 Seaport Boulevard
                Boston, MA  02210
                (617) 439-2000

Dated: February 28, 2005

1361083.1

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand

Date: 2/28/05  /s/ Timothy D. Johnston