UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 29 P 1:51

U.S. DISTRICT COURT
DISTRICT OF MASS

WILLIE EVANS, as Executor of the Estate of )
Marie R. Evans, )
)
Plaintiff, )
)
v. )
) Civil Action No. 04-11840-MLW
LORILLARD TOBACCO COMPANY, GARBER )
BROS., INC., GEORGE MELHADO AND )
COMPANY, and FRANKLIN WHOLESALERS, )
INC., )
)
Defendants. )

## CERTIFICATE OF BRUCE R. TEPIKIAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Bruce R. Tepikian, hereby state under oath the following:

1. I am a member of the Bar of the State of Missouri, having been admitted to practice before the Missouri Supreme Court, the highest court of that state, in 1994. I am also admitted to practice before the United States Court of Appeals for the Eighth Circuit, the Supreme Court of Illinois, and the Mississippi Supreme Court.

2. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am a partner in the law firm of Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO 64108, which serves as national counsel for defendant Lorillard

Tobacco Company in this action and which has represented Lorillard Tobacco Company in cigarette-related personal injury actions for more than forty years.

5. I am familiar with the Local Rules of this Court.

Signed under the penalties of perjury, this ___16___ day of February, 2005.

_____
Bruce R. Tepikian

1361086.1