UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR -3 P 3: 01

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |
|---|---|
| WILLIE EVANS, as Executor of the Estate of Marie R. Evans, <br><br> Plaintiff, <br><br> v. <br><br> LORILLARD TOBACCO COMPANY, GARBER BROS., INC., GEORGE MELHADO AND COMPANY, and FRANKLIN WHOLESALERS INC., <br><br> Defendants. | CASE NO. 04-11840 (MLW) |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.5.2(a), please enter the appearance of David A. Brown (dabrown@sherin.com) as co-counsel of record for defendant Franklin Wholesalers, Inc.

Katy E. Koski

Frank J. Bailey BBO# 026485
James W. Matthews BBO# 560560
David A. Brown BBO# 556161
Katy E. Koski BBO# 650613
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA  02110
T: (617) 646-2000
F: (617) 646-2222

Dated: March 2, 2005

00055537.DOC /

## CERTIFICATE OF SERVICE

  I, Katy E. Koski, Esq., certify that I served a copy of the within document by first class mail to all counsel of record.

Dated: March 2, 2005            _/s/ Katy E. Koski_