## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**WILLIE EVANS**                                                                  **CIVIL CASE**
                                                                                 **NO. 04-11840-MLW**

        **V.**

**LORRILARD TOBACCO CO., et al**
        **Defendant(s)**


**NOTICE OF RESCHEDULING/CANCELLATION**

**WOLF, D.J.**


The **MOTION HEARING/SCHEDULING CONFERENCE** scheduled for **APRIL 20, 2005** at **3:00 P.M.** before Judge **Wolf**, has been RESCHEDULED for **APRIL 20, 2005** at **3:30 PM** in courtroom 10 on the 5th floor.


                                                    **SARA A. THORNTON**
                                                  **CLERK OF COURT**


**April 14, 2005**                                 **By:**    **/s/ Dennis O'Leary**
**Date**                                                    **Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)                                                                                              [ntchrgcnf.]