**Plaintiff's Proposed Schedule**

| | Event | Deadline |
|---|---|---|
| (a) | Defendants answer or otherwise respond to the Complaint | 17 days after the Court rules on Plaintiff's motion to remand[1] |
| (b) | Defendants respond to Plaintiff's previously propounded interrogatories and document requests | 30 days after entry of an order ruling on Plaintiff's motion to remand[2] |
| (c) | Plaintiff responds to Lorillard's previously propounded interrogatories and document requests | 60 days after entry of an order ruling on Plaintiff's motion to remand[2] |
| (d) | Close of fact discovery | 12 months after entry of an order ruling on Plaintiff's motion to remand |
| (e) | Plaintiff's disclosure of expert information, pursuant to Fed. R. Civ. P. 26(a)(2) | 30 days after close of fact discovery |
| (f) | Defendants' disclosure of expert information, pursuant to Fed. R. Civ. P. 26(a)(2) | 30 days after Plaintiff's disclosure of expert information |
| (g) | Plaintiff's disclosure of rebuttal expert information, pursuant to Fed. R. Civ. P. 26(a)(2) | 30 days after Defendants' disclosure of expert information |
| (h) | Dispositive motions served and filed | 30 days after completion of all discovery |
| (i) | Opposition to dispositive motions served and filed | 30 days after service and filing of dispositive motions |

---

[1] *See* Assented To Motion to Enlarge Time (Docket No. 5), allowed by electronic Order of this Court, dated September 2, 2004.

[2] As noted above, the parties have agreed that neither side is required to respond to the interrogatories and document requests served to date (*i.e.*, in state court by Plaintiff and in federal court by Lorillard) until the disposition of the motion to remand.

| | | |
|---|---|---|
| (j) | Reply memoranda in support of dispositive motions served and filed | By leave of Court only |