

**Defendants' Proposed Schedule**

| | Event | Deadline |
|---|---|---|
| (a) | Defendants answer or otherwise respond to the Complaint | 17 days after the Court rules on Plaintiff's motion to remand[1] |
| (b) | Defendants respond to Plaintiff's previously propounded interrogatories and document requests | 30 days after entry of an order ruling on Plaintiff's motion to remand[2] |
| (c) | Plaintiff responds to Lorillard's previously propounded interrogatories and document requests | 60 days after entry of an order ruling on Plaintiff's motion to remand[2] |
| (d) | Close of fact discovery | 24 months after entry of an order ruling on Plaintiff's motion to remand |
| (e) | Plaintiff's disclosure of expert information, pursuant to Fed. R. Civ. P. 26(a)(2) | 30 days after close of fact discovery |
| (f) | Defendants complete depositions of Plaintiff's experts | 90 days after Plaintiff's disclosure of expert information |
| (g) | Defendants' disclosure of expert information, pursuant to Fed. R. Civ. P. 26(a)(2) | 45 days after Defendants complete depositions of Plaintiff's experts |
| (h) | Plaintiff completes depositions of Defendants' experts | 90 days after Defendants' disclosure of expert information |
| (i) | Dispositive motions served and filed | 60 days after completion of all discovery |

---

[1] *See* Assented To Motion To Enlarge Time (Docket No. 5), allowed by electronic Order of this Court, dated September 2, 2004.

[2] As noted above, the parties have agreed that neither side is required to respond to the interrogatories and document requests served to date (*i.e.*, in state court by Plaintiff and in federal court by Lorillard) until the disposition of the motion to remand.

| | | |
|---|---|---|
| (j) | Oppositions to dispositive motions served and filed | 30 days after service and filing of dispositive motions |
| (k) | Reply memoranda in support of dispositive motions served and filed | 15 days after service and filing of oppositions to dispositive motions |
| (l) | Initial Pretrial Conference[3] | 45 days after disposition of all dispositive motions |
| (m) | Final Pretrial Conference | Scheduled for a date no sooner than 60 days after the Initial Pretrial Conference[4] |

1420528.1

---

[3] At the Initial Pretrial Conference, defendants will request that the Court establish a schedule for the service and filing of at least the following items to be discussed/argued at the Final Pretrial Conference: motions in limine; Daubert motions; witness lists; exhibit lists and objections; deposition designations, counter-designations and objections; proposed jury instructions; and trial briefs.

[4] Given the number of items likely to be served and filed prior to the Final Pretrial Conference, including a potentially large number of motions in limine, defendants respectfully submit that a period of at least 60 days between the Initial Pretrial Conference and the Final Pretrial Conference is needed so that the parties can fully prepare for the Final Pretrial Conference and assist the Court in narrowing the issues before trial.