UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIE EVANS, as Executor of the Estate of Marie R. Evans, <br><br> Plaintiff, <br><br> v. <br><br> LORILLARD TOBACCO COMPANY, GARBER BROS., INC., GEORGE MELHADO AND COMPANY, and FRANKLIN WHOLESALERS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Civil Action No. 04-11840-MLW ) ) ) ) ) ) ) |

**LOCAL RULE 16.1(D)(3) CERTIFICATION BY
DEFENDANT LORILLARD TOBACCO COMPANY**

Pursuant to Local Rule 16.1(D)(3), defendant Lorillard Tobacco Company hereby certifies that its counsel and an authorized representative have conferred regarding: (1) a budget for conducting the full course, and various alternative courses, of this litigation; and (2) the use of alternative dispute resolution programs and methods of resolving this dispute.

LORILLARD TOBACCO COMPANY,
By its attorneys,

_____
Andrew J. McElaney, Jr. (BBO# 332260)
Scott E. Erlich (BBO# 637202)
Timothy D. Johnston (BBO# 647894)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

By its Authorized Representative,

_____
Susan Dumay Wolfe
Associate General Counsel,
Litigation
Lorillard Tobacco Company
714 Green Valley Road
Greensboro, NC 27408

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail (by hand)

Date: 4/13/05   _____