UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIE EVANS, as Executor of the Estate of Marie R. Evans,<br><br>    Plaintiff,<br><br>v.<br><br>LORILLARD TOBACCO COMPANY, GARBER BROS., INC., GEORGE MELHADO AND COMPANY, and FRANKLIN WHOLESALERS, INC.,<br><br>    Defendants. | Civil Action No. 04-11840-MLW |

## LOCAL RULE 16.1(D)(3) CERTIFICATION BY DEFENDANT GARBER BROS., INC.

Pursuant to Local Rule 16.1(D)(3), defendant Garber Bros., Inc. hereby certifies that its counsel and an authorized representative have conferred regarding: (1) a budget for conducting the full course, and various alternative courses, of this litigation; and (2) the use of alternative dispute resolution programs and methods of resolving this dispute.

GARBER BROS., INC.,
By its attorneys,

_____
Andrew J. McElaney, Jr. (BBO# 332260)
Scott E. Erlich (BBO# 637202)
Timothy D. Johnston (BBO# 647894)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

By its Authorized Representative,

_____
Michael A. D'Ortenzio
Vice President Marketing & Operations
Garber Bros., Inc.
Route 139 at Kay Way
Stoughton, MA 02072

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by ~~mail~~ by hand

Date: 4/13/05   _____