UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIE EVANS, as Executor of the Estate of Marie R. Evans,<br><br>    Plaintiff,<br><br>v.<br><br>LORILLARD TOBACCO COMPANY, GARBER BROS., INC., GEORGE MELHADO AND COMPANY, and FRANKLIN WHOLESALERS, INC.,<br><br>    Defendants. | C.A. NO. 04-11840 (MLW) |

## WILLIE EVANS'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), plaintiff Willie Evans, as Executor of the Estate of Marie R. Evans and his undersigned counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Plaintiff WILLIE EVANS, as Executor
of the Estate of Marie R. Evans,

_/s/ Willie Evans_ RPM
Willie Evans
Executor of the Estate of Marie R. Evans

Plaintiff WILLIE EVANS, as Executor
of the Estate of Marie R. Evans,
By his Attorneys,

_/s/ Rebecca P. McIntyre_
Michael D. Weisman, BBO# 521000
Rebecca P. McIntyre, BBO# 547402
WEISMAN & McINTYRE,
   a Professional Corporation
114 State Street
Boston, MA 02109
(617) 720-2727

DATED: April 13, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand on April 14, 2005.

*Rebecca P. McIntyre*
Rebecca P. McIntyre