UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 APR 13 P 3: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

WILLIE EVANS, as Executor of the Estate of Marie R. Evans, )
)
Plaintiff, )
)
v. )   CASE NO. 04-11840 (MLW)
)
LORILLARD TOBACCO COMPANY, GARBER BROS., INC., GEORGE MELHADO AND COMPANY, and FRANKLIN WHOLESALERS INC., )
)
Defendants. )

## FRANKLIN WHOLESALERS, INC.'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D) (3)

Defendant Franklin Wholesalers, Inc. and its undersigned counsel hereby certify that they have conferred: (a) with a view to establish a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

FRANKLIN WHOLESALERS, INC.

_Catherine M. Stockwell/kak_
By: Catherine M. Stockwell
Title: Vice President of Employment Law

FRANKLIN WHOLESALERS, INC.
By its attorneys,

_Katy E. Koski_
Frank J. Bailey BBO# 026485
James W. Matthews BBO# 560560
Katy E. Koski BBO# 650613
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
T: (617) 646-2000
F: (617) 646-2222

Dated: April 13, 2005

00061624.DOC /

## CERTIFICATE OF SERVICE

I, Katy E. Koski, Esq., certify that I served a copy of the within document by hand to all counsel of record.

Dated: April 13, 2005

*Katy E. Koski*