UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  CA04-11840

| Willie Evans | Lorrilard Tobacco Co. et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Rebecca McIntyre | Walter Prince |
|  | Andrew McElaney |
|  | James Matthews |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Fowlkes

CLERK'S NOTES

| DATES: | Motion Hearing/Scheduling Conference |
|---|---|
| 4/20/05 | Court listens to arguments on the plaintiff's motion to remand and for attorney's fees and costs (docket no. 7) |
|  | Court allows the plaintiff's motion as to remand. Court gives its reasoning from the bench and will issue a summary order to the same. Court focuses on the request for attorney's fees and costs. Court listens to the parties arguments. Court denies the plaintiff's motion as to attorney's fees and costs. |