UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIE EVANS, as Executor of the    )
Estate of Marie R. Evans,           )
    Plaintiff,                      )
                                    )
    v.                              )    C. A. No. 04-11840-MLW
                                    )
LORILLARD TOBACCO COMPANY, GARBER    )
BROS., INC., GEORGE MELHADO AND      )
COMPANY, and FRANKLIN WHOLESALERS,   )
INC.,                                )
    Defendants.                     )

ORDER

WOLF, D.J.                                        April 21, 2005

    For the reasons stated in court on April 20, 2005, it is hereby ORDERED that:

    1. The Motion of Plaintiff Willie Evans to Remand (Docket No. 7) is ALLOWED.

    2. The Motion of Plaintiff Willie Evans for Award of Attorney's Fees and Costs (Docket No. 7) is DENIED.

                                    /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE