UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIE EVANS, as Executor of the Estate of Marie R. Evans,<br><br>    Plaintiff<br><br>v.<br><br>LORILLARD TOBACCO COMPANY, GARBER BROS., INC., GEORGE MELHADO AND COMPANY, and FRANKLIN WHOLESALERS, INC.,<br><br>    Defendants. | Civil Action No. 04-11840-MLW |

## NOTICE OF APPEARANCE

TO: The Clerk of the Above-Named Court:

Please enter my appearance on behalf of the defendant, Lorillard Tobacco Company, in the above-identified matter.

Respectfully submitted,

Walter B. Prince, BBO #406640
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Date: 4/26/05